UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THOMAS HUGE,
    Petitioner,

vs

WARDEN, LEBANON
CORRECTIONAL INSTITUTION,
    Respondent.

Case No. 1:15-cv-61

Barrett, J.
Litkovitz, M.J.

**ORDER**

This habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion to request trial transcripts and motion for extension of time to file a response to the return of writ and motion to dismiss. (Doc. 13, 14). In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's habeas corpus petition (Doc. 1) be stayed so that petitioner may exhaust his state court remedies.

Petitioner's motions (Doc. 13, 14) are therefore **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 7/28/15

Karen L. Litkovitz
United States Magistrate Judge